# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:12-CR-235-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PHILLIP DENNIS MURPHY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice Pro Hac Vice" (Document No. 12) filed by Edward T. Hinson, Jr. on August 10, 2012, concerning Joshua Reid Geller. Mr. Geller seeks to appear as counsel *pro hac vice* for Defendant.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Geller is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant.

Signed: August 13, 2012

David C. Keesler
United States Magistrate Judge