UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-235-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| PHILLIP DENNIS MURPHY, | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) concerning Frederick Phillip Hafetz, filed October 16, 2012. Mr. Hafetz seeks to appear as counsel *pro hac vice* for Defendant Phillip Dennis Murphy.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Hafetz is admitted to appear before this court *pro hac vice* on behalf of Defendant Phillip Dennis Murphy.

**SO ORDERED**.

Signed: October 16, 2012

David C. Keesler
United States Magistrate Judge