# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr235

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PHILLIP D. MURPHY, ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the court on Defendant's Motion to Dismiss the Indictment (#56). Having considered the motion and reviewed the pleadings, the court will grant defendant's request for a hearing.

# ORDER

**IT IS, THEREFORE ORDERED** that defendant's Motion to Dismiss the Indictment (#56) is **CALENDARED** for hearing on August 7, 2013 at 3:00 PM.

Signed: July 22, 2013

Max O. Cogburn Jr.
United States District Judge