IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:12-CR-00235-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| - v - | ) |
| | ) |
| PHILLIP D. MURPHY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S SUPPLEMENTAL**
**PROPOSED EXAMINATION OF PROSPECTIVE JURORS**

 

Susan R. Necheles
Frederick P. Hafetz
Kathleen E. Cassidy
Hafetz Necheles & Rocco, LLP
500 Fifth Ave, 29th Floor
New York, NY 10110
Telephone: (212) 997-7595

Edward T. Hinson, Jr.
Kristen Finlon
JAMES, McELROY & DIEHL, P.A.
600 South College Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870

*Attorneys for Defendant*
*Phillip D. Murphy*

42. If you are selected as a juror, I will instruct you and the rest of the jury that the defendant is presumed innocent. Under the law, a defendant is presumed to be innocent and cannot be found guilty of the crime charged in the Indictment unless a jury, after having heard all the evidence in the case, unanimously decides that the evidence proves the defendant's guilt beyond a reasonable doubt. When you think about the defendant, can you honestly say that you assume that he is innocent?

    (a) Is there anyone who feels that the defendant is probably guilty or may even be guilty?

43. Is there anyone who feels that it is not likely that the Government would charge an innocent person, or that anyone the Government indicts is likely to be guilty?

44. The burden of proving a defendant guilty beyond a reasonable doubt rests entirely on the prosecution as I will instruct you. A defendant has absolutely no burden of coming forward with any evidence in order to establish his innocence. Do any of you, because of personal feelings or otherwise, disagree with those principles? Would any of you be unable to follow my instructions on that issue or any other issue?

45. I will also instruct the jury that no defendant ever has to prove that he is innocent. Is there anyone who feels that a defendant should present evidence of his innocence at this trial?

    (a) Is there anyone who would expect or prefer that a defendant present evidence of his innocence at trial?

***

Edward T. Hinson, Jr., NC State Bar No. 7795
Kristen E. Finlon, NC State Bar No. 39252
JAMES, McELROY & DIEHL, P.A.
600 South College Street, Suite 3000
Charlotte, NC 28202
Tel: (704) 372-9870
Fax: (704) 350-9327

Susan R. Necheles
Frederick P. Hafetz
Kathleen E. Cassidy
HAFETZ NECHELES & ROCCO
500 Fifth Avenue, Floor 29
New York, New York 10110
Tel: (212) 997-7595
Fax: (212) 997-7646

# CERTIFICATE OF SERVICE

The undersigned certifies that the **DEFENDANT'S SUPPLEMENTAL PROPOSED EXAMINATION OF PROSPECTIVE JURORS** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to the following:

>Richard A. Powers (richard.powers@usdoj.gov)
>Eric Hoffmann (eric.hoffmann@usdoj.gov)
>Steven Tugander (steven.tugander@usdoj.gov)
>Attorneys, Antitrust Division
>U.S. Department of Justice
>26 Federal Plaza, Room 3630
>New York, New York 10278
>(212) 335-8000

Respectfully submitted,

This sixteenth day of January, 2014.

/s/ Donald Conklin_____
Donald Conklin