UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00235-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PHILLIP DENNIS MURPHY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Seal. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Seal (#115) is GRANTED, and Exhibits A & B to the Response to Motion to Compel are sealed as they contain privileged and sensitive financial information/reports from the IRS.

Signed: 1/17/2014

Max O. Cogburn Jr.
United States District Judge