## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12cr235

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **PHILLIP D. MURPHY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the court on Defendant's Motion for Reconsideration (# 108) in which Defendant requests that the Court dismiss the Klein Conspiracy prong of Count 1 of the Indictment. As discussed at the January 15, 2014 Motions Hearing, the Court will deny the Motion without prejudice at this time. Defendant is free to raise the issue again at the close of trial.

### ORDER

  **IT IS, THEREFORE, ORDERED** that Defendant's Motion for Reconsideration (#108) is **DENIED WITHOUT PREJUDICE.**

Signed: January 17, 2014

Max O. Cogburn Jr.
United States District Judge