IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:12-CR-00235-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| - v - | ) **DEFENDANT'S MOTION FOR A TWO-WEEK ADJOURNMENT OF TRIAL** |
| PHILLIP D. MURPHY, | ) |
| Defendant. | ) |

The Defendant, Phillip D. Murphy, by and through his counsel, respectfully requests that the Court postpone the start of trial in the above-captioned matter by two weeks for the following reasons:

1. Trial is scheduled to begin on February 3, 2014.

2. Susan R. Necheles, Esq. is lead counsel for Mr. Murphy in connection with the criminal charges pending against him. Ms. Necheles became ill at the beginning of this week and was unable to attend the argument and conference before Your Honor on January 15, 2014. On Friday, January 17, Ms. Necheles's doctor diagnosed her with pneumonia and instructed her to stay on bed rest for an additional week to two weeks. Ms. Necheles had been planning to relocate to Charlotte for the trial during the last week of January, a week and a half from now. Given her doctor's diagnosis and instructions, she is unlikely to be able to move to Charlotte at that time.

3. Ms. Necheles has been the lead attorney representing Mr. Murphy since late 2007, when Mr. Murphy retained her to represent him in connection with the criminal investigation into bid-rigging in the municipal bond derivatives market. The charges against Mr. Murphy are

1

complex—they relate to numerous complicated financial transactions executed over the course of at least four years, to which at least fifteen fact witnesses will testify, and the government will introduce over one thousand exhibits, including documents and audio recordings. Given her in-depth knowledge of the facts of the case as a result of her long-standing representation of him, Ms. Necheles will be the attorney primarily responsible for witness examinations and jury argument at Mr. Murphy's trial. Counsel has been conducting its trial preparation accordingly.

4. Due to the interruption in trial preparation caused by Ms. Necheles's illness, and the additional time that Ms. Necheles will likely need to remain in New York on bed rest or under the care of her doctor, Defendant respectfully requests a two-week adjournment of the trial date, to February 17, 2014.

5. Defense counsel has conferred with counsel for the government, and counsel for the government has represented that the government has no objection to the requested adjournment.

6. If the Court desires to hold a telephone conference with the parties to discuss scheduling, counsel for both sides will be available at the Court's earliest convenience.

2

WHEREFORE, Defendant respectfully requests that the Court adjourn the trial until February 17, 2014.

Respectfully submitted,

This the 18th of January, 2014.

        Edward T. Hinson, Jr., NC State Bar No. 7795
        ehinson@jmdlaw.com
        Kristen E. Finlon, NC State Bar No. 39252
        kfinlon@jmdlaw.com
        JAMES, McELROY & DIEHL, P.A.
        600 South College Street, Suite 3000
        Charlotte, NC 28202
        Tel: (704) 372-9870
        Fax: (704) 350-9327

        /s/ Kathleen E. Cassidy

        Susan R. Necheles
        snecheles@hnrlawoffices.com
        Frederick P. Hafetz
        fhafetz@hnrlawoffices.com
        Kathleen E. Cassidy
        kcassidy@hnrlawoffices.com
        HAFETZ NECHELES & ROCCO, L.L.P.
        500 Fifth Avenue, Floor 29
        New York, New York 10110
        Tel: (212) 997-7595
        Fax: (212) 997-7646

        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this, the 18th day of January 2014, Defendant's Motion for a Two-Week Adjournment was duly served upon

        Steven Tugander (steven.tugander@usdoj.gov)
        Richard Powers (richard.powers@usdoj.gov)
        Eric Hoffmann (eric.hoffmann@usdoj.gov)

by electronic means via the Court's ECF system.

        /s/Kathleen E. Cassidy
        Kathleen E. Cassidy