UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-00235-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PHILLIP DENNIS MURPHY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's counseled, unopposed Motion for Early Termination of Supervised Release. Having considered defendant's motion and reviewed the pleadings, and it appearing that defendant's supervision officer (recently retired) and counsel for the government do not oppose the relief, and that defendant has otherwise successfully fulfilled all the obligations of the Judgment and completed more than a year on supervision, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's counseled, unopposed Motion for Early Termination of Supervised Release (#185) is **GRANTED**, and defendant's supervised release is **TERMINATED** successfully.

Signed: October 10, 2018

Max O. Cogburn Jr.
United States District Judge